# SEALED
## PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT - WDTX

CASE SEALED: __X__  UNSEALED: ____  **SA12CR1081**
CASE NO: _____

DIVISION: SAN ANTONIO

USAO#: __2012R__    COUNTY: __BEXAR__

DATE: December 5, 2012    MAG.CT.#: _____    FBI #: _____

ASSISTANT U.S. ATTORNEY: BETTINA J. RICHARDSON    DEF. D.O.B.: ▮▮▮▮

DEFENDANT: LISA MARIE HERNANDEZ, (2)    DEF. SSN: _____

DEFENDANT'S A/K/A'S: _____    MALE: ___    FEMALE: _X_

DEFENDANT'S ADDRESS: _____

CITIZENSHIP:  United States: _X_    Mexican: ___    Other: ___

INTERPRETER NEEDED:  YES: ___    NO: _X_    Language: ___

DEFENSE ATTORNEY'S NAME: _____
  Employed: ___    Appointed: ___

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT: In Jail: ___    Where: _____    Writ Attached: NO
  On Bond: ___    Amount of Bond: _____    Marshal #
  Recommendation: __Detain without Bond__
  Bond in the amount of _____

TO BE ARRESTED: _X_    DATE OF ARREST: _____    BENCH WARRANT NEEDED: YES

PROBATION OFFICER: _____    NAME & ADDRESS OF SURETY: _____

PROSECUTION BY: _X_ INDICTMENT    ___ INFORMATION    ___ OTHER

OFFENSE: (Code & Description): Count 6: 18 U.S.C. §§ 924(a)(1)(A) & 2, False Statement During the Purchase of a Firearm & Aiding and Abetting.

OFFENSE IS: FELONY _X_    CLASS A MISDEMEANOR ___    CLASS B/C PETTY OFFENSE ___

MAXIMUM SENTENCE (Each Count): Count 6: Maximum 5 years imprisonment; $250,000 fine; 3 years on Supervised Release and $100 mandatory Special Assessment.

MANDATORY PENALTY: Yes: _X_    No: ___ As to special assessment only.

REMARKS: SA Christopher Benavides/ATF & SA Lupe Sepulveda/HSI    jlh

Rev. 03/2012