AO 442 (Rev. 01/09) Arrest Warrant





FILED

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

DEC 1 7 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   SA: 12-CR-1081-FB  (02) |
| LISA MARIE HERNANDEZ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LISA MARIE HERNANDEZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 924(a)(1)(A) & 2:   False Statement During the Purchase of a Firearm and Aiding & Abetting

Date:  12/05/2012

*Issuing officer's signature*

City and state:   San Antonio, Texas

Kathy L. Hicks   U.S. Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-5-12 , and the person was arrested on *(date)* 12-11-12 at *(city and state)* San Antonio, TX |
| Date: _____  <br> *for ATF* <br> *Arresting officer's signature* <br> *Printed name and title* |